UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ERIC C., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )  2:22-CV-00296-LEW |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of | ) |
| Social Security | ) |
| | ) |
| Defendant | ) |

## **ORDER ACCEPTING RECOMMENDED DECISION**

On December 12, 2023, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision.  No objection was filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.  Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in her Recommended Decision.

It is therefore ORDERED that the Recommended Decision (ECF No. 26) of the Magistrate Judge is hereby AFFIRMED and ADOPTED.  The Commissioner's final administrative decision is AFFIRMED.

**SO ORDERED.**

Dated this 26th day of January, 2024.

                                                 /s/ Lance E. Walker
                                           UNITED STATES DISTRICT JUDGE